IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH O. BOGGI, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEDICAL REVIEW AND | : | |
| ACCREDITING COUNCIL, *et al.*, | : | No. 08-4941 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **15th** day of **September**, **2009**, upon consideration of the First Motion to Dismiss Pursuant to Rule 12(b)(6) filed by MRAC and Larry Downs, the Motion to Dismiss filed by NBME/IPE, Andrea Ciccone, Scott Manaker, Richard Hawkins and Donald Melnick, the Motion to Dismiss Plaintiff's Complaint filed by Joseph Sokolowski, Plaintiff's responses thereto, Defendant's replies thereon, and for the reasons stated in this Court's Memorandum dated September 15, 2009, it is hereby **ORDERED** that:

1. Plaintiff's Motion to add the National Board of Medical Examiners as a defendant (Document No. 43) is **GRANTED**.

2. The MRAC/Downs' motion to dismiss (Document No. 26) is **GRANTED** and Plaintiff's Complaint against these Defendants is **DISMISSED**.

3. The NBME/IPE Defendants' motion to dismiss (Document No. 29) is **GRANTED** and Plaintiff's Complaint against these Defendants is **DISMISSED**.

4. Plaintiff's motion for extension of time (Document No. 31) is **GRANTED**.

5. Defendant's Sokolowski's motion to dismiss (Document No. 37) is **GRANTED** and Plaintiff's Complaint against this Defendant is **DISMISSED**.

6. Plaintiff's motion for a court appointed expert (Document No. 44) is **DENIED**.

7. Plaintiff's motion to amend the complaint (Document No. 45) is **GRANTED** to the extent that the Court considered all of Dr. Boggi's filed Complaints in reaching its decision.

8. Defendants IPE, Ciccone, Manaker, Hawkins, Melnick's Praecipe to File a Reply Memorandum (Document No. 50) is **GRANTED**.

9. Defendants MRAC, Downs, and Sokolowski's Motion for Leave to File a Reply Brief (Document No. 53) is **GRANTED**.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**